The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALBERT CECIL LITTLE,<br><br>　　　　Defendant/Judgment Debtor,<br><br>　　and<br><br>PACIFIC CREST,<br><br>　　　　Garnishee. | NO.  3:16-MC-05018-BHS<br><br>(3:00-CR-05733-FDB-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment directed to Garnishee, Pacific Crest, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Pacific Crest filed its Answer on July 26, 2016, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Albert Cecil Little was an active employee who was paid biweekly.

After notification of the garnishment proceeding was mailed to the parties on or about July 8, 2016, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Albert Cecil Little & Pacific Crest*, USDC#: 3:16-MC-05018-BHS/3:00-CR-05733-FDB-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1  IT IS THEREFORE ORDERED as follows:

2  That the Garnishee, Pacific Crest, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Albert Cecil Little, upon each period of time when Defendant/Judgment Debtor Little is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Little's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Little's outstanding obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:00-CR-05733-FDB-1 and 3:16-MC-05018-BHS, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101.

//

//

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Albert Cecil Little & Pacific Crest*, USDC#: 3:16-MC-05018-BHS/3:00-CR-05733-FDB-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 31 day of August, 2016.

_____
BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Albert Cecil Little & Pacific Crest*, USDC#: 3:16-MC-05018-BHS/3:00-CR-05733-FDB-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970