**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALBERT CECIL LITTLE,<br><br>　　Defendant/Judgment Debtor,<br><br>　And<br><br>PACIFIC CREST,<br><br>　　　　　　　　　Garnishee. | NO.  3:16-MC-05018-BHS-1<br><br>　　(3:00-CR-5733-1)<br><br>**Agreed Continuing Garnishee Order** |

A Writ of Continuing Garnishment directed to Garnishee, Pacific Crest, has been duly issued and served upon the Garnishee.  Pursuant to the Writ, Garnishee Pacific Crest, filed its Answer on July 26, 2016, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Albert Cecil Little (Mr. Little) was an active employee who was paid bi-weekly.

After notification of the garnishment proceeding was mailed to the parties on or about July 8, 2016, the Defendant/Judgment Debtor has not

-1[PROPOSED] AGREED CONTINUING GARNISHEE ORDER
(*USA v. Albert Cecil Little and Pacific Crest,*
USDC#: 3:16-MC-05018-BHS-1 / 3:00-CR-5733-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

requested a hearing to determine exempt property as of this date. On October 3, 2016, the United States filed an Agreed Motion to Issue Continuing Garnishee Order, stating that it had agreed with Mr. Little to request a reduced garnishment rate of 10 percent of his disposable earnings at Pacific Crest. The United States attached a Proposed Agreed Continuing Garnishee Order to that effect, jointly presented with Mr. Little and bearing his signature.

IT IS THEREFORE ORDERED as follows:

That the August 31, 2016, Continuing Garnishee Order [doc. no. 10], is hereby quashed;

That Garnishee, Pacific Crest, shall pay to the United States District Court for the Western District of Washington, all non-exempt earnings payable to Mr. Little, that it has previously withheld pursuant to the Writ of Garnishment;

That from this date forward, Pacific Crest shall withhold and pay to the United States District Court for the Western District of Washington, 10 percent of the disposable earnings payable to Mr. Little upon each period of time when Mr. Little is entitled to receive such funds, and shall continue such payments, if any, until Mr. Little's debt is paid in full or until he is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to Mr. Little, or until further order of this Court;

-1[PROPOSED] AGREED CONTINUING GARNISHEE ORDER
(*USA v. Albert Cecil Little and Pacific Crest,*
USDC#: 3:16-MC-05018-BHS-1 / 3:00-CR-5733-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

That such payments shall be applied to Mr. Little's outstanding obligation by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:00-CR-5733-1 and 3:16-MC-05018-BHS-1, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn:  Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101.

DATED this 2nd day of November, 2016.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Kyle A. Forsyth
_____
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney


_____
ALBERT CECIL LITTLE
Defendant/Judgment Debtor

-1[PROPOSED] AGREED CONTINUING GARNISHEE ORDER
(*USA v. Albert Cecil Little and Pacific Crest,*
USDC#: 3:16-MC-05018-BHS-1 / 3:00-CR-5733-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970